|  |
|---|
| **Fill in this information to identify the case:** |
| Debtor 1  Carey Len West aka Carey West |
| Debtor 2  Lisa Ann West aka Lisa Ann Gunter aka Lisa Ann Mullins aka Lisa Ann Huddleston |
| United States Bankruptcy Court for the:    Middle DISTRICT OF TENNESSEE (State) |
| Case number  3:17-bk-04123 |

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy Filing that you asset are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy rule 3002.1.

**Name of Creditor:**  Ocwen Loan Servicing, LLC as Servicer for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-RS8

**Court Claim No.** (if known): 22

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX3439

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒  No
☐  Yes.  Date of the last notice: _____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursement or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| **1. Late charges** | | (1) | $0.00 |
| **2. Non-sufficient funds (NSF) fees** | | (2) | $0.00 |
| **3. Attorney's fees** | | (3) | $0.00 |
| **4. Filing fees and court costs** | | (4) | $0.00 |
| **5. Post-petition pre-confirmation BK attorney fees** | 06/27/17, 10/24/17 | (5) | $900.00 |
| **6. Appraisal/broker's price opinion fees** | | (6) | $0.00 |

Debtor 1  Carey Len West aka Carey West
_____
First Name     Middle Name     Last Name

Debtor 2  Lisa Ann West aka Lisa Ann Gunter aka Lisa Ann Mullins aka Lisa Ann Huddleston
_____
First Name     Middle Name     Last Name

Case number (if known): 3:17-bk-04123

| | | |
|---|---|---|
| **7. Property inspection fees** | (7) | $0.00 |
| **8. Tax advances (non-escrow)** | (8) | $0.00 |
| **9. Insurance advances (non-escrow)** | (9) | $0.00 |
| **10. Property preservation expenses. Specify** | (10) | $0.00 |
| **11. Other. Specify:** _____ | (11) | $0.00 |
| **12. Other. Specify:** _____ | (12) | $0.00 |
| **13. Other. Specify:** _____ | (13) | $0.00 |
| **14. Other. Specify:** _____ | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**X**  */s/Kyle Stewart*
Signature

Date: December 12, 2017

**Print:**   Kyle Stewart
First Name     Middle Name     Last Name

Title  Attorney

Company   Shapiro & Ingle, LLP

Address   10130 Perimeter Parkway, Suite 400
Number     Street

Charlotte, NC 28216
City     State     ZIP Code

Contact phone   (704)333-8107

Email: TNECF@logs.com

## COMMITTEE NOTE

Form 410S2, *Notice of Postpetition Mortgage Fees, Expenses, and Charges,* is amended in the instructions in Part 1 to clarify how to report previously approved fees, expenses, or charges. The following language is added: "If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred." This amended language replaces the prior instruction not to report any amounts previously ruled on by the bankruptcy court.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

IN RE:

| | |
|---|---|
| **CAREY LEN WEST AKA CAREY WEST LISA ANN WEST AKA LISA ANN GUNTER AKA LISA ANN MULLINS AKA LISA ANN HUDDLESTON** | 3:17-bk-04123 CHAPTER 13 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Carey Len West and Lisa Ann West aka Lisa Ann Gunter aka Lisa Ann Mullins aka Lisa Ann Huddleston
431 Wilkinson Lane
White House, TN 37188

(Served via Electronic Notification Only)
Steven Ray Wilmoth
The Fleming Law Firm
409 North Locust Street
Springfield, TN 37172

(Served via Electronic Notification Only)
Henry Edward Hildebrand, III
Office of the Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203

(Served via Electronic Notification Only)
Office of the United States Trustee
701 Broadway, Ste 318
Nashville, TN 37203

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

This the 12th day of December, 2017.

> */s/ Kyle Stewart*
> Kyle Stewart, Attorney for Creditor, Bar # 33796
> kstewart@logs.com |704-831-2341
> Shapiro & Ingle, LLP
> 10130 Perimeter Pkwy, Suite 400
> Charlotte, NC 28216
> Phone: 704-333-8107 | Fax: 704-333-8156
> Supervisory Attorney Contact: Bonnie Culp
> bculp@logs.com | 704-249-0065
> Electronic Service Notifications: tnecf@logs.com

17-112230

# Invoice # TN0253159

INVOICE DATE: 06/28/2017

**Invoice Submitted By:**
SHAPIRO AND INGLE LLP - Elizabeth Ells
10130
Perimeter Parkway SUITE - 400
CHARLOTTE NC 28216
Vendor ID # 100005537

**Order Information:**
Order #: E92711CB03AD411EBB8236776D7360D0
Order Date: 06/19/2017
Order Type: Reorganization Plan
Loan 
Property Address: 431 Wilkinson Ln, White House, TN 37188

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #: 1128483
Method: ACH
Payment Date: 07/13/2017

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4212 | Review of Plan and Notice of Appearance-(Rec from Brwr) | 06/27/2017 | $150.00 |
| | | | | **Total:** | $150.00 |

PLAN REVIEWED 6/26/17 REFERRAL RECD 6/21/17 BK FILED 6/16/17 BK CASE # 17-04123 CHAPTER 13

Invoice management powered by: REALRemit Altisource

12/06/2017 13:42:10 UTC Status: Approved

# Invoice # TN0259794

INVOICE DATE: 10/25/2017

**Invoice Submitted By:**
SHAPIRO AND INGLE LLP - Elizabeth Ells
10130
Perimeter Parkway SUITE - 400
CHARLOTTE NC 28216
Vendor ID # 100005537

**Order Information:**
Order #: D948CE3CFCCF48ABA1517207D54C9E5C
Order Date: 10/09/2017
Order Type: Proof of Claim
Loan #: 
Property Address: 431 Wilkinson Ln, White House, TN 37188

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #: 1136491
Method: ACH
Payment Date: 11/01/2017

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4201 | Proof of Claim-(Recoverable from Borrower) | 10/24/2017 | $500.00 |
| 2 | FB42 | FB4226 | Payment History Review Fee (Recoverable from Borrower) | 10/24/2017 | $250.00 |
| | | | | **Total:** | $750.00 |

FORM 410A POC LEDGER POC FILED 10/24/2017
REFERRAL RECD 10/9/17 BK FILED 6/16/17 BK CASE
#17-04123 BK CHAPTER 13 AS PER POCF-10-24-2017
AS PER BKFBHA-10-24-2017

Invoice management powered by: REALRemit Altisource

12/06/2017 13:41:56 UTC Status: Approved

Case number: 17-04123
AITNO: U.S. Bank National Association, not in its individual capacity, but solely as Trustee for NRZ Pass-Through Trust X