B 2100 A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Middle District of Tennessee

In re: <u>CAREY LEN WEST and LISA ANN West</u>　　　　　Case No:<u>17-04123-MFH</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X** | **The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-RS8** |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim # (if known):　**22**
Amount of Claim:　**$79,576.31**
Date Claim Filed:　**10/24/2017**

Name and Address where notices to transferee should be sent:

**Nationstar Mortgage LLC DBA Mr Cooper
PO Box 619096
Dallas, Texas 75261-9741**
Phone:　**(877) 343-5602**　　　　　　　　　　Phone (if available):
Last Four Digits of Acct #: **2517**　　　　　　Last Four Digits of Acct#:　**3439**

Name and Address where transferee payment
should be sent (if different from above):

**Nationstar Mortgage LLC DBA Mr Cooper**
**Attn: Bankruptcy Department**
**PO Box 619094**
**Dallas, TX 75261-9741**

Phone: **(877) 343-5602**
Last Four Digits of Acct #: **2517**

By: /s/ Natalie Brown  Date: March 12, 2018
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5years, or both. 18 U.S.C §§ 152 & 3571.

CERTIFICATE OF SERVICE

      I, Natalie Brown of Rubin Lublin TN, PLLC certify that on the 12th day of March, 2018, I caused a copy of the Transfer of Claim Other Than for Security to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

CAREY LEN WEST
431 WILKINSON LANE
White House, TN 37188

LISA ANN WEST
431 WILKINSON LANE
White House, TN 37188

Steven Ray Wilmoth, Esq.
The Fleming Law Firm
409 North Locust Street
Springfield, TN 37172

Henry Edward Hildebrand, III
Office of the Chapter 13 Trustee
PO BOX 340019
Nashville, TN 37203

Executed on 3/12/18
By:/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor